UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
July 29, 2020
David J. Bradley, Clerk

| | |
|---|---|
| Kimberly Noland, § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | Civil Action H-20-1725 |
| § | |
| Conn Appliances, Inc., § | |
| § | |
| Defendant. § | |

## Order Staying Case

On the parties' agreed motion, this case is stayed pending the United States Supreme Court's decision in *Facebook Inc. v. Duguid*, Case 19-511. (7)

Signed on July 29, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge