UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
April 06, 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| Kimberly Noland, § § § Plaintiff, § § versus § § Conn Appliances, Inc., § § Defendant. § | Civil Action H-20-1725 |

## Order Lifting Stay

Because the Supreme Court of the United States has decided *Facebook, Inc. v. Duguid, et al.*, the stay is lifted.

Signed on April 6, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge