# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| Kimberly Noland, | : |
| | : Civil Action No.: 4:20-cv-01725 |
| Plaintiff, | : |
| v. | : |
| Conn Appliances, Inc., | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety without prejudice and without costs to any party.

| Kimberly Noland | Conn Appliances, Inc. |
|---|---|
|    /s/ Jody B. Burton          |   /s/ Christopher M. Jordan     |
| Jody B. Burton, Esq. | Michael A. Harvey, Esq. |
| CT Bar No. 422773 | Bar No. 24058352 |
| LEMBERG LAW, L.L.C. | Christopher M. Jordan, Esq. |
| 43 Danbury Road, 3rd Floor | Bar No. 24087817 |
| Wilton, CT 06897 | Munsch Hardt Kopf & Harr, P.C. |
| Telephone: (203) 653-2250 | 700 Milam Street, Suite 2700 |
| Facsimile:  (203) 653-3424 | Houston, TX 77002 |
| jburton@lemberglaw.com | Tel: (713) 222-1475 |
| Attorney for Plaintiff | Email: mharvey@munsch.com |
| | Email: cjordan@munsch.com |
| | Attorney for Defendant |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 29, 2021, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Southern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          By /s/ Jody B. Burton
                                              Jody B. Burton