UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
April 30, 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| Kimberly Noland, §§§§ | |
| Plaintiff, § | |
| versus § | Civil Action H-20-1725 |
| § | |
| Conn Appliances, Inc., §§§ | |
| Defendant. § | |

## Final Dismissal

Upon the agreement of the parties, the case is dismissed without prejudice. (15)

Signed on April 29, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge